# EXHIBIT 1

## Anderson, Melissa S

**From:** Cardiello, Joseph
**Sent:** Tuesday, September 25, 2007 8:47 AM
**To:** Cofield, Pam
**Subject:** follow up

Pam,

I hope this message finds you to be well. The purpose of my email is to recap our conversation from Friday, September 21, 2007 relating to your relationship with Dr. Brady who is a speaker on our Speaker Bureau. As we discussed, due to our Conflict of Interest Policy which is a part of our Code of Conduct, the Company and the OEC ask that you refrain from using Dr. Brady as a speaker. Under our Code of Conduct, Takeda employees "shall not do business on behalf of Takeda with any household members or close relatives, or with any entity that employs them or in which they have a material financial interest." The term "close relatives" includes significant other and therefore based on Dr. Brady's Takeda speaker status and your relationship with him, you will need to refrain from planning any future or planned speaker initiatives that utilize him. While this does not impact his speaker status with Takeda it does limit his programs to other Sales Representatives that exclude you. I kindly ask you to cancel your planned October 9th speaker program with Dr. Brady and begin utilizing other speakers that our in our Speaker Bureau in the future.

I appreciate your understanding and compliance with regards to this situation.

Regards,

*Jay Cardiello*
*Takeda Pharmaceuticals*
*Diabetes/Cardiovascular Care*
*Gulf Coast Regional Sales Director*
*Cell: 727.515.3170*

9/25/2007

**COFIELD PERSONNEL DOCS - 000001**
**CONFIDENTIAL**