# EXHIBIT 2

From:       Jennings, Jennifer (TPNA) [jjennings@tpna com]
Sent:       Friday, September 05, 2008 12.04 PM
To:         Hall, Deborah (TPNA)
Subject:    FW Nyree Bryant: Sharing candidate Autumn Jeter L for requisition 0800797 District Manager Diabetes Primary Care (DPC) - Chattanooga, TN (HPG00)
Attachments: Candidate File him, Autumn Jeter DM Resume.doc, Autumn Jeter Resume doc, AJeter Resume.doc, JeterA 090508 doc

I believe she will take precedence.


Jennifer Jennings

Regional Sales Director

Smoky Mountains, DCC

Office  678.694 9916
Cell  512 809 0658


From: Bryant, Nyree (TPNA)
Sent: Friday, September 05, 2008 11:08 AM
To: Jennings, Jennifer (TPNA)
Subject: Nyree Bryant: Sharing candidate Autumn Jeter L for requisition 0800797 District Manager Diabetes Primary Care (DPC) — Chattanooga, TN (HPG00)


Jennifer/Deb,

Autumn is eligible to post. I have been informed that she is an ABD DM.

Nyree

Jeter, Autumn L (447804)

Application 0800797 - District Manager Diabetes Primary Care (DPC) — Chattanooga, TN (HPG00)

| Step | HM Review | Medium | Online | Recruiter | N. Bryant |
|---|---|---|---|---|---|
| Status | To be reviewed | Source | Career Section | Hiring Manager | J. Jennings |
| Application Date | Sep 4, 2008 | Application Type | Internal | | |


General Information

Resume

Information provided by the candidate on September 5, 2008.

Attached Files

| Name | Date | Size | Comment |
|---|---|---|---|
| AJeter Resume.doc | 9/4/08 | 38 KB | |

Pasted Cover Letter

To whom it may concern,

I am writing to apply for the Nashville GI District Manager position in the South Central Region. As the District Manager it will allow me to achieve goals within Takeda and significantly contribute to the success of our field sales representatives. I have enjoyed the opportunity to serve as interim and Regional Trainer for the South Central Region, working with new teammates and participated in several ride alongs, conference calls, and teaching phase opportunities. The ability to share ideas and knowledge with other teammates was a vital role in my continued development as a leader. The feedback from these interactions with co-workers was always positive and encouraging. I have always enjoyed teaching and working with other individuals. It has been a privilege to serve as the Regional Trainer for the training department. This opportunity has further my development as a leader and coach. The time spent as the South Central Trainer was very meaningful due to the positive feedback and gratitude from the representatives. Spending time with the representatives in the field proved both beneficial for the reps and myself.
Over my five years at Takeda I have developed knowledge and passion for our products, our company, and the patients we serve. By developing lasting relationships with doctors and their staff I have been able to fully convey the true values, integrity, and ethics that Takeda represents to patients worldwide. My experiences have instilled in me a desire to teach and share the high standards that Takeda brings to the healthcare profession. I feel that I can best serve our company in this manner by working with and training our sales force. The Nashville GI District Manager position would allow me to best utilize my talents and strengths by training and readying our sales force for continued excellence and preparing them for the challenges in the healthcare field.
Thank you for you consideration for the Nashville GI District Manager position.

Sincerely,
Autumn Jeter


Pasted Resume

Autumn Jeter
9039 Tarrington Lane
Franklin, Tennessee 37069
Home: 615-599-8344
Cell: 615-642-1610
Email: ajeter@tpna.com

Objective: I am seeking a District Manager position that will allow me to achieve goals within Takeda

HALL E-FILE - 000140

11/4/2010