# EXHIBIT 3

To:          Das, Sonali (TPNA)[sondas@tpna.com]
From:        Marder, Erika (TPNA)
Sent:        Wed 8/27/2008 3:06:24 AM
Importance:  Normal
Sensitivity: None
Subject:     Fw: Files from Dr. Bode
Categories:  0x00000001

FW  Aug flights.msg
Fw  Golf reservations.msg
Fw  July Links Newsletter for Bruce.msg
Kragor party.msg
RE  Aug flights.msg
Re  Guests of Bruce Bode's.msg
Re  Kragor party.msg
  .msg

Could one of the compliance attorneys join this meeting too?

----- Original Message -----
From: Anderson, Melissa S. (TPNA)
To: Marder, Erika (TPNA)
Sent: Tue Aug 26 18:40:40 2008
Subject: FW: Files from Dr. Bode

Erika,

Attached are the emails that Barb sent to us regarding travel arrangements for Ireland that Dr. Bode helped them make and also references to August flights on Delta for Bode that Barb helped him make. Included is the language that Sonali was reading during our call earlier as it relates to Bode's relationship with the Kragor's.

Also I was able to speak with Rick about this and he is struggling with all of it at this point. He appreciated the heads up and was going to talk with Dan about it in the morning prior to our meeting in the afternoon since the interview headed in a different direction than what we originally thought. I encouraged him to think about it and to come to the meeting with his questions and concerns so that we can have a very open dialogue as a group. I thought I should update you in case Rick and/or Dan say anything to you prior to the meeting.

Take care,

Melissa S. Anderson, PHR

Regional Human Resources Manager

(PC 1-2-3) Great Lakes, Midwest, Ohio Valley

(DCCS) Central, Northeast, Southeast, West

CONFIDENTIAL                                          EMAILS000291